FILED

'08 JUL 28 AM 10:59

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

'08 MJ 2272

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Vicente CAMPOS Defendant. | MAGISTRATE CASE No: COMPLAINT FOR VIOLATION OF 8 U.S.C. § 1324(a)(2)(B)(iii) Bringing In Illegal Alien Without Presentation (Felony) |

The undersigned complainant, being duly sworn, states:

That on July 25, 2008, within the Southern District of California, defendant Vicente CAMPOS with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juana Castorena Rodriguez, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

Julio M. Osuna, CBP
Supervisor Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28TH DAY OF JULY 2008.

HON. Jan M. Adler
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
CAMPOS, Vicente

PROBABLE CAUSE STATEMENT

I, Customs Border Protection Enforcement Officer Leticia Casillas, declare under penalty of perjury, the following is true and correct:

On July 25, 2008, at approximately 05:35 P.M., a 1989 Ford F-150 arrived at the Calexico East Port of Entry primary lanes coming from the Mexicali Mexico. Driving the vehicle was the defendant Vicente Campos who applied for entry into the United States by presenting to the primary United States Customs and Border Protection Officer (CBPO) Ernesto Medina his valid United States passport and declaring to be a United States citizen. At the time of Vicente Campos's application for entry, he was the only visible occupant of the vehicle. Vicente Campos gave a negative customs declaration and stated that the purpose of his visit to Mexico was to buy some used auto parts. CBPO Medina checked the vehicles seat from the passenger side by lifting the seat cover and noticing an unnatural compartment.

At vehicle secondary office CBPO Edmonds and CBPO Crawford examined the seat and discovered a person concealed within the compartment. CBPO Edmonds and CBPO Crawford forced open the compartment and removed an incoherent female; she was escorted to the vehicle secondary office. The female was later identified as Juana CASTORENA Rodriguez.

Vicente CAMPOS was placed under arrest and advised of his rights per Miranda in the Spanish language by United States Customs and Border Protection Enforcement Officer (CBPOE) Leticia Casillas and witnessed by CBPOE Jose L. Bolanos. Vicente CAMPOS said he understood his rights and would answer questions without an attorney present.

UNITED STATES OF AMERICA
v.
CAMPOS, Vicente

Vicente CAMPOS stated he was the registered owner of the vehicle he was driving and he was aware that there was a female concealed underneath the seat in a specially built compartment, because he admitted placing her there. Vicente CAMPOS claimed that the purpose of his trip to Mexicali was to find out about a job fixing a car and he claimed he saw the female Juana CASTORENA Rodriguez walking alone and crying. Vicente CAMPOS claims he offered Juana CASTORENA Rodriguez help to cross the border and she accepted. Vicente CAMPOS claims he helped her get in his truck in a compartment he had built for his tools which is located underneath the seat. Once in the compartment he drove to the Port of entry.

Material Witness Juana CASTORENA Rodriguez stated that she is a citizen and native of Mexico with no legal documents to enter, reside or pass through the United States. Juana CASTORENA Rodriguez stated that she had made the smuggling arrangements with Vicente CAMPOS to get smuggled into the United States for $2000.00 dollars. Juana CASTORENA Rodriguez stated that her final destination was to be Oregon where she was to reunite with her children and seek employment. When presented with a photo line-up Juana CASTORENA Rodriguez was able to identify Vicente Campos as the person who placed her in the compartment.

//

//
//

//

UNITED STATES OF AMERICA
v.
CAMPOS, Vicente

Material Witness:

| Name | Country of Birth |
|---|---|
| Juana CASTORENA Rodriguez | MEXICO |

Further, the complainant states that she believes said alien is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on July 26, 2008 at approximately 01:19 P.M.

Leticia Casillas, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on July 25, 2008 in the violation of Title 8, United States Code, § 1324.

HON. Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

7/27/08 - 1200 NOON
Date and Time